UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE FRANCES WHIGUM,

    Plaintiff,

v.                      CASE NO.  3:14cv509/MCR/EMT

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated October 6, 2014.  (Doc. 11).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED**.

    3.    The Clerk shall enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 3rd day of November, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**